IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,**

    **Plaintiff,**

v.

**LRZ, INC., et al.,**

    **Defendants.**                                Case No. 08-cv-114-DRH

## ORDER

**HERNDON, Chief Judge:**

        This Order addresses two separate Motions for Default Judgment filed by Plaintiff: one against defendant Metro East Sanitary District (Doc. 26), the other against defendant Small Business Growth Corporation (Doc. 27), While **FEDERAL RULE OF CIVIL PROCEDURE 55(b)** provides the procedural vehicle for obtaining a default *judgment* against a party, the moving party must first seek an *entry* of default from the Clerk of the Court against the party in default, pursuant to **Rule 55(a)**. In this case, Plaintiff has failed to obtain such entry of default prior to seeking a default judgment. Therefore, the Court **DENIES** both Motions (Docs. 26 & 27) as premature.

        Plaintiff must first file a Motion for Entry of Default by Clerk, pursuant

to **Rule 55(a)**. Once the Clerk's Entry of Default is issued against said Defendants, Plaintiff may then move for a default judgment pursuant to **Rule 55(b)**, at which time, the Court will revisit the issue. Plaintiff's counsel would be well advised to be acquainted with 7th Circuit case law on the issue before proceeding. If counsel is aware of counsel representing Defendant, notice to said counsel is appropriate before moving for default.

**IT IS SO ORDERED**.

Signed this 15th day of April, 2008.

/s/     David R Herndon

**Chief Judge
United States District Court**