IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

LRZ, Inc., et al.,

    Defendants.                         Case No. 08-cv-114-DRH

## ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Notice of Voluntary Dismissal of defendants Ron Usselton, Lisa Usselton and LRZ, Inc. (Doc. 60). In its Notice, Plaintiff states that it dismisses with prejudice each of these three Defendants from the instant suit, with each party to bear their own costs. The Court hereby **ACKNOWLEDGES** Plaintiff's Notice (Doc. 60). Accordingly, Plaintiff's claims against defendants Ron Usselton, Lisa Usselton and LRZ, Inc., are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

    **IT IS SO ORDERED**.

    Signed this 28th day of July, 2008.

                                          /s/    David R. Herndon
                                        **Chief Judge**
                                        **United States District Court**