IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

LRZ, Inc., et al.,

    Defendants.     Case No. 08-cv-114-DRH

## ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal with prejudice of defendant U.S. Small Business Administration (Doc. 62). The Court hereby **ACKNOWLEDGES** Plaintiff's Notice (Doc. 62). Accordingly, Plaintiff's claims against defendant U.S. Small Business Administration are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

    **IT IS SO ORDERED**.

    Signed this 28th day of July, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**