IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, a foreign
corporation,

    Plaintiff,

v.

LRZ, INC., et al,

    Defendants.                                      Case No. 08-cv-114-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on joint Motion for Order of Dismissal (Doc. 81) filed in this case.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order (Doc. 82) of this Court dated December 4, 2008, plaintiff's complaint against defendant **First Cloverleaf Financial Corporation** and defendant's counterclaim is **DISMISSED with prejudice**.

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order for Default Judgment (Doc. 77) entered by this Court on October 9, 2008, **DEFAULT JUDGMENT** was entered in favor of plaintiff, **Travelers Casualty Insurance Company of America** and against defendant, **Illinois Department of Employment Security.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order for Default Judgment (Doc. 64) entered by this Court on July 28, 2008, **DEFAULT JUDGMENT** was entered in favor of plaintiff, **Travelers Casualty Insurance Company of America** and against defendants **MLJB, Inc.,** and **MWIL Properties, L.L.C.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging Voluntary Dismissal (Doc. 65) entered by this Court on July 28, 2008, plaintiff's claims against **Ron Usselton, Lisa Usselton and LRZ, Inc.,** were **DISMISSED with prejudice**.

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging Voluntary Dismissal (Doc. 66) entered by this Court on July 28,

2008, plaintiff's claims against **U.S. Small Business Administration** are **DISMISSED with prejudice**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging Voluntary Dismissal (Doc 67) entered by this Court on July 28, 2008, plaintiff's claims against **Internal Revenue Service** are **DISMISSED with prejudice**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order for Default Judgment (Doc. 46) entered by this Court on May 23, 2008, **DEFAULT JUDGMENT** was entered in favor of plaintiff, **Travelers Casualty Insurance Company of America** and against **Metro East Sanitary District, Small Business Growth Corporation and Bel-O Sales & Service Company.**

Lastly, each party shall bear its own costs.

**DATED** this 8th day of December, 2008.

**NORBERT G. JAWORSKI, CLERK**

BY: *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**